**WRIGHT, FINLAY & ZAK, LLP**
Cathy K. Robinson, Esq., SBN 226275
Sanford P. Shatz, Esq., SBN 127229
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
crobinson@wrightlegal.net; sshatz@wrightlegal.net
Attorneys for Defendant,
DIRECT FUNDING NOW LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS JAVIER CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT FUNDING NOW LLC,<br><br>Defendant. | Case No.: 8:26-cv-01518-JDE<br><br>**ANSWER TO COMPLAINT**<br><br>*Complaint Served: June 22, 2026* |

Defendant DIRECT FUNDING NOW LLC ("Defendant") for itself and itself alone, and for no others, answers the complaint ("Complaint") of plaintiff DOUGLAS JAVIER CORDERO, individually and on behalf of all others similarly situated ("Plaintiff") and admits, denies and alleges as follows:

1. Answering the allegations of paragraph 1 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

2. Answering the allegations of paragraph 2 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations

contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

3. Answering the allegations of paragraph 3 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

4. Answering the allegations of paragraph 4 of the Complaint, Defendant denies generally and specifically each of the allegations contained in this paragraph.

5. Answering the allegations of paragraph 5 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

6. Answering the allegations of paragraph 6 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

7. Answering the allegations of paragraph 7 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

8. Answering the allegations of paragraph 8 of the Complaint, Defendant admits each of the allegations contained in this paragraph.

9. Answering the allegations of paragraph 9 of the Complaint, Defendant admits that the Court has jurisdiction over the federal claims. Except as specifically admitted, Defendant denies generally and specifically each of the remaining allegations contained in this paragraph.

10. Answering the allegations of paragraph 10 of the Complaint, Defendant admits each of the allegations contained in this paragraph.

11. Answering the allegations of paragraph 11 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

12. Answering the allegations of paragraph 12 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

13. Answering the allegations of paragraph 13 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

14. Answering the allegations of paragraph 14 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

15. Answering the allegations of paragraph 15 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

16. Answering the allegations of paragraph 16 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

17. Answering the allegations of paragraph 17 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the

allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

18. Answering the allegations of paragraph 18 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

19. Answering the allegations of paragraph 19 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

20. Answering the allegations of paragraph 20 of the Complaint, Defendant denies generally and specifically each of the allegations contained in this paragraph.

21. Answering the allegations of paragraph 21 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

22. Answering the allegations of paragraph 22 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

23. Answering the allegations of paragraph 23 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

24. Answering the allegations of paragraph 24 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the

allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

25. Answering the allegations of paragraph 25 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

26. Answering the allegations of paragraph 26 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

27. Answering the allegations of paragraph 27 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

28. Answering the allegations of paragraph 28 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

29. Answering the allegations of paragraph 29 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

30. Answering the allegations of paragraph 30 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

31. Answering the allegations of paragraph 31 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the

allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

32. Answering the allegations of paragraph 32 of the Complaint, Defendant admits each of the allegations contained in this paragraph.

33. Answering the allegations of paragraph 33 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

34. Answering the allegations of paragraph 34 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

35. Answering the allegations of paragraph 35 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

36. Answering the allegations of paragraph 36 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

37. Answering the allegations of paragraph 37 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

38. Answering the allegations of paragraph 38 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

39. Answering the allegations of paragraph 39 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

40. Answering the allegations of paragraph 40 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

41. Answering the allegations of paragraph 41 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

42. Answering the allegations of paragraph 42 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

43. Answering the allegations of paragraph 43 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

44. Answering the allegations of paragraph 44 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

45. Answering the allegations of paragraph 45 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

46. Answering the allegations of paragraph 46 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

47. Answering the allegations of paragraph 47 of the Complaint, Defendant repeats and realleges paragraphs 1 through 46 above, of this answer and incorporates the same as if fully set forth at length.

48. Answering the allegations of paragraph 48 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

49. Answering the allegations of paragraph 49 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

50. Answering the allegations of paragraph 50 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

51. Answering the allegations of paragraph 51 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

52. Answering the allegations of paragraph 52 of the Complaint, Defendant repeats and realleges paragraphs 1 through 46, above, of this answer and incorporates the same as if fully set forth at length.

53. Answering the allegations of paragraph 53 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the

allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

54. Answering the allegations of paragraph 54 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

55. Answering the allegations of paragraph 55 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

56. Answering the allegations of paragraph 56 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

57. Answering the allegations of paragraph 57 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

58. Answering the allegations of paragraph 58 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

59. Answering the allegations of paragraph 59 of the Complaint, Defendant repeats and realleges paragraphs 1 through 46, above, of this answer and incorporates the same as if fully set forth at length.

60. Answering the allegations of paragraph 60 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the

allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

61. Answering the allegations of paragraph 61 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

62. Answering the allegations of paragraph 62 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

63. Answering the allegations of paragraph 63 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

64. Answering the allegations of paragraph 64 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

65. Answering the allegations of paragraph 65 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

66. Answering the allegations of paragraph 66 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

67. Answering the allegations of paragraph 67 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the

allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

68. Answering the allegations of paragraph 68 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

69. Answering the allegations of paragraph 69 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

70. Answering the allegations of paragraph 70 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

71. Answering the allegations of paragraph 71 of the Complaint, Defendant lacks sufficient information or belief to enable it to answer the allegations contained in this paragraph and, on that basis, denies each of the allegations contained in this paragraph.

**AS FOR ITS SEPARATE AND AFFIRMATIVE DEFENSES, DEFENDANT HEREBY ALLEGES AS FOLLOWS:**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim for Relief)**

As a first, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, the Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Suffered No Damages)**

As a second, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff's claims fail because he suffered no actual damages as a result of the allegations in the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

**(Lack of Causation)**

As a third, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, any alleged act or omission by Defendant was not the proximate cause of the injuries and/or damages claimed by Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

**(Defendant Acted in Good Faith and in Compliance with Applicable Law)**

As a fourth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is excused from any and all liability under the facts alleged in Plaintiff's claims for relief, because at all material times, Defendant acted in good faith and in compliance with the applicable law, and/or its conduct was unintentional, including, but not limited to, Defendant had a good faith belief consent had been provided by Plaintiff.

**FIFTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

As a fifth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff lacks standing to bring claims under 47 USC § 227 and/or 47 CFR § 64.1200. See *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016).

**SIXTH AFFIRMATIVE DEFENSE**

**(Excuse, Justification/Privilege, Consent, Waiver/Ratification)**

As a sixth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant's conduct was excused, justified and/or privileged, and/or Plaintiff consented to the communications at

issue (i.e., by feigning interest in obtaining a loan), and/or waived/ratified such conduct.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Third-party Conduct)**

As a seventh, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff's damages, if any, were caused by Plaintiff or third-parties other than Defendant, and Defendant has no direct or vicarious liability for any such conduct.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Failure to Join)**

As an eighth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff has failed to join required party defendants under FRCP Rule 19.

**NINTH AFFIRMATIVE DEFENSE**

**(TCPA Exemptions)**

As a ninth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, the contacts referenced in the Complaint are not actionable under the Telephone Consumer Protection Act ("TCPA") because one, or more, of the TCPA's explicit exemptions apply to the contacts, including, but not limited to, those exemptions set forth in 47 USC § 227 and/or 47 CFR § 64.1200.

**TENTH AFFIRMATIVE DEFENSE**

**(Unconstitutional)**

As a tenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, the TCPA violates: (1) the First Amendment to the United States Constitution because (a) such application relies upon content-based restrictions of protected speech (see, *Reed v. Town of Gilbert*, 135 S. Ct. 2218, 2227 (2015)), and (b) it is an unconstitutional regulation of free

speech, both on its face and as applied; and (2) the due process provisions of the United States Constitution and/or California Constitution, including, but not limited to, the Eighth Amendment to the United States Constitution, regarding the imposition of statutory damages and/or exemplary, punitive, and/or treble damages, and/or "excessive fines" (see, *United States v. Citrin*, 972 F.2d 1044, 1051 (9th Cir. 1992) [quoting *St. Louis, I.M. & S. Ry. Co. v. Williams*, 251 U.S. 63, 66-67 (1919)]: Statutory penalties violate due process rights "where the penalty prescribed is so severe and oppressive as to be wholly disproportionate to the offence and obviously unreasonable."), since the alleged violations —"making" a call to a cell phone that may or may not have been connected, received, or answered—causes de minimis or no actual harm and imposition of a $500.00 or $1,500.00 per call penalty or punishment is plainly excessive and, when taken in the aggregate, may result in disproportional damages to the conduct alleged.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(No Statutory Violation)**

As a eleventh, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff's claims fail as a matter of law as no violation of 47 CFR § 64.1200(d)(3) has occurred by virtue of the express safe harbor provision contained in the FCC regulation.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Technical Error/Corrective Action Taken)**

As a twelfth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff's claims fail as any alleged failure to honor an opt-out request was due to an inadvertent technical error, whereby immediate and appropriate action was taken to correct the issue once identified.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Bad Faith/Professional Plaintiff)**

As a thirteenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff is a serial or professional plaintiff who goes out of his way to circulate his name and telephone number in the hope and expectation of receiving telemarketing calls upon which he then intends to file TCPA actions.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(No Jurisdiction As to Non-California Residents)**

As a fourteenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, the Court lacks personal jurisdiction over Defendant for claims by purported class members who have no connection to California, including because the purported class members do not reside in California or did not receive the alleged calls in California. Accordingly, no class can be certified that includes non-California class members.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

As a fifteenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes that Plaintiff's claims and the claims for the members of the putative class are barred in whole or in part as a result of their failure to mitigate their alleged damages, if any, and any recovery should be reduced in proportion to their failure to mitigate such damages.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(F.R.C.P., Rule 23)**

As a sixteenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff cannot maintain this action as a class action because the requirements of F.R.C.P., Rule 23 cannot be satisfied.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Inability to Act as Class Representative)**

As a seventeenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Plaintiff lacks the factual ability and standing to act a representative of the class that Plaintiff seeks to represent.

**<u>EIGHTEENTH AFFIRMATIVE DEFENSE</u>**

**(Business Loan)**

As a eighteenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant offered Plaintiff a business loan, not for consumer or residential purposes, and Plaintiff sought a business loan from Defendant, not a loan for consumer or residential purposes.

**<u>NINETEENTH AFFIRMATIVE DEFENSE</u>**

**(Permission and Ratification)**

As a nineteenth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant's contact with Plaintiff was done with Plaintiff's permission and ratification.

**<u>TWENTIETH AFFIRMATIVE DEFENSE</u>**

**(Waiver and Estoppel)**

As a twentieth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that the Complaint and each of its causes of action are barred by the doctrines of waiver and estoppel, due to Plaintiff's own acts and/or omissions with respect to the subject matter of the Complaint.

**<u>TWENTY-FIRST AFFIRMATIVE DEFENSE</u>**

**(Justified and Privileged)**

As a twenty-first, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that its conduct was justified and privileged under the circumstances, that Defendant has done no more than insist upon its legal

rights, and that Defendant's actions were done in a good faith belief that it was acting under a legal right, and that its actions, if any, were done in response to Plaintiff's actions and invitation.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Consent)**

As a twenty-second, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that its conduct was done with the consent and ratification of Plaintiff.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(No ATDS / no artificial or prerecorded voice)**

As a twenty-third, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that no calls were made with an ATDS or an artificial or prerecorded voice.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(DNC Safe Harbor)**

As a twenty-fourth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that all calls, if any, were made within the safe harbor for calls, and were made despite written procedures, training, and record keeping designed to prevent any erroneous calls.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(No Revocation)**

As a twenty-fifth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that Plaintiff did not revoke any permission given

to Defendant to make calls, or if such revocation is claimed, that the revocation was not clearly made or reasonable under the opt-out instructions.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Statutes of Limitation)**

As a twenty-sixth, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that each and every claims asserted in the Complaint is barred by the relevant statute of limitation.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(No Vicarious Liability)**

As a twenty-seventh, separate and distinct defense to each and every claim for relief asserted against Defendant in the Complaint, Defendant is informed and believes and on that basis alleges that each and every claim asserted in the Complaint is barred because there is no vicarious liability, or agency, or actual authority, or apparent authority, or ratification by Defendant for the acts of others concerning the alleged communications.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by way of his Complaint;
2. That no class be certified;
3. For costs of suit; and
4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Date: September 10, 2026

By: */s/Sanford Shatz*
Cathy K. Robinson, Esq.
Sanford Shatz, Esq.
Attorneys for Defendant,
DIRECT FUNDING NOW LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Date: September 10, 2026 By: *_/s/Sanford Shatz_*
Sanford Shatz, Esq.