**WRIGHT, FINLAY & ZAK, LLP**
Cathy K. Robinson, Esq., SBN 226275
Sanford P. Shatz, Esq., SBN 127229
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
crobinson@wrightlegal.net; sshatz@wrightlegal.net
Attorneys for Defendant,
DIRECT FUNDING NOW LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS JAVIER CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT FUNDING NOW LLC,<br><br>Defendant. | Case No.: 8:26-cv-01518-JDE<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>*Complaint filed:* *June 14, 2026* |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant, DIRECT FUNDING NOW LLC (“DFN ” and “Defendant”) certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Defendant DIRECT FUNDING NOW LLC is a limited liability corporation, licensed and authorized to do business in California.

Plaintiff DOUGLAS JAVIER CORDERO is an individual and resident of the State of Florida.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Date: September 10, 2026 By: *_/s/Sanford P. Shatz_*

Sanford P. Shatz, Esq.
Attorneys for Defendant,
DIRECT FUNDING NOW LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Date: September 10, 2026 By: *_/s/Sanford Shatz_______*
Sanford Shatz, Esq.